DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>PEOPLE OF THE VIRGIN ISLANDS )<br>)<br>v. )<br>)<br>MICHAEL VELEZ )<br>)<br>Defendant. )<br>_____) | Criminal Action No. 2015/0003<br><br>Charges:[1] |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant as to Count One of the Indictment—MANFACTURE OF MARIJUANA—is accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing will be scheduled and conducted pursuant to separate notice.

**SO ORDERED.**

Date: June 23, 2015

_____
WILMA A. LEWIS
Chief Judge

---

[1] Count One – Manufacture of Marijuana; Count Two – Possession of Marijuana with Intent to Distribute.